IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hagan, Michael J | Case Number: 03 B 49922 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 12/11/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 27, 2008
Confirmed: February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,104.00 | |
| Secured: | | 13,806.53 |
| Unsecured: | | 11,803.64 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,509.02 |
| Other Funds: | | 784.81 |
| Totals: | 29,104.00 | 29,104.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,200.00 | 1,200.00 |
| 2. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | First Northwest Bank | Secured | 4,833.41 | 4,833.41 |
| 5. | First Midwest Bank | Secured | 2,995.00 | 2,995.00 |
| 6. | ECast Settlement Corp | Secured | 548.12 | 548.12 |
| 7. | CitiMortgage Inc | Secured | 5,430.00 | 5,430.00 |
| 8. | Retailers National Bank | Unsecured | 937.07 | 937.07 |
| 9. | ECast Settlement Corp | Unsecured | 403.07 | 403.07 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,720.53 | 1,720.53 |
| 11. | Bank One | Unsecured | 657.37 | 657.37 |
| 12. | Harley Davidson Credit | Unsecured | 389.77 | 389.77 |
| 13. | Resurgent Capital Services | Unsecured | 471.99 | 471.99 |
| 14. | Bank One | Unsecured | 724.36 | 724.36 |
| 15. | Portfolio Recovery Associates | Unsecured | 1,555.43 | 1,555.43 |
| 16. | B-First | Unsecured | 1,918.11 | 1,918.11 |
| 17. | American Express Centurion | Unsecured | 105.78 | 105.78 |
| 18. | First Northwest Bank | Unsecured | 557.90 | 557.90 |
| 19. | Resurgent Capital Services | Unsecured | 300.07 | 300.07 |
| 20. | ECast Settlement Corp | Unsecured | 289.79 | 289.79 |
| 21. | ECast Settlement Corp | Unsecured | 588.48 | 588.48 |
| 22. | ECast Settlement Corp | Unsecured | 511.14 | 511.14 |
| 23. | ECast Settlement Corp | Unsecured | 672.78 | 672.78 |
| 24. | Franklin Mint Corporation | Unsecured | | No Claim Filed |
| 25. | MBNA America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hagan, Michael J

Printed: 4/22/08

Case Number: 03 B 49922
Judge: Goldgar, A. Benjamin
Filed: 12/11/03

```
                                         _____      _____
                                         $ 26,810.17     $ 26,810.17
```

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 278.89 |
| 4% | 83.73 |
| 6.5% | 451.38 |
| 3% | 70.47 |
| 5.5% | 388.52 |
| 5% | 117.77 |
| 4.8% | 73.84 |
| 5.4% | 44.42 |
|  | _____ |
|  | $ 1,509.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____